UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

August 16, 2011

No. 11-1206

GEORGE WILLIAM BLOOD,
Appellant

v.

WARDEN B.A. BLEDSOE

(M.D. Pa. No. 3-10-CV-00141)

Present: RENDELL, FUENTES and SMITH, Circuit Judges

Motion to Publish the Court's Opinion filed July 12, 2011.

Opinion and Judgment filed: 07/12/11

Respectfully,
Clerk/arl

_____ORDER_____

The foregoing Motion to Publish the Court's Opinion filed July 12, 2011 is GRANTED.

By the Court,

/s/ D. Brooks Smith
Circuit Judge

Dated:  August 16, 2011
ARL/cc: GB; SRC